UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELEE BRUNSON, ) | No. CV 12-2397-DDP (AGR) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: July 30, 2012

_____
DEAN D. PREGERSON
United States District Judge